UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROY HARPER, | Case No. 26-cv-01229-SK |
| Plaintiff, | |
| v. | **ORDER OF SUA SPONTE REFERRAL** |
| CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Vince Chhabria to determine whether it is related to *Harper v. Georges, et al.*, Case No. 23-cv-05426-VC.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California