United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK ROY HARPER,
Plaintiff,
v.
CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, et al.,
Defendants.

Case No. 26-cv-01229-SK

**R&R AND ORDER OF REASSIGNMENT**

Regarding Docket Nos. 15, 17

None of the parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), and, therefore, the Court does not have authority to make a dispositive ruling in this case. Accordingly, the Court orders that this case be REASSIGNED to a United States district judge for all further proceedings, including action on the recommendations of this Report and Recommendation.

Plaintiff Roy Harper ("Plaintiff") did not pay the filing fee or file an application to proceed in *forma pauperis*. Plaintiff argued that he was exempt from the requirement to pay the $405 filing fee under 28 U.S.C. § 1916 as a seaman. However, as Plaintiff had already been admonished by another court in this District against the same Defendants, Plaintiff is not exempt under this statute. (Dkt. No. 15 (citing *See Harper v. County of Marin and California Dept. of Fish and Wildlife*, No. 25-cv-6701 at Dtk. No. 15).) Therefore, the Court directed Plaintiff to pay the filing fee, apply to proceed in *forma pauperis*, or voluntarily dismiss this action by no later than May 26, 2026. (Dkt. No. 15.) Instead of doing so, Plaintiff disputed the Court's finding. (Dkt. No. 16.) The Court construed Plaintiff's filing as a motion for reconsideration and denied the motion. (Dkt. No. 17.) The Court continued the deadline for Plaintiff to pay the filing fee, file an application to proceed in *forma pauperis*, or voluntarily dismiss this case to June 8, 2026. The

United States District Court
Northern District of California

Court admonished Plaintiff that if he failed to do so by June 8, 2026, the Court would reassign this action to a district judge with a report and recommendation that this action be dismissed. (*Id.*) The deadline has passed, and Plaintiff did not pay the filing fee, file an application to proceed in *forma pauperis*, or dismiss this action. Accordingly, the Court HEREBY RECOMMENDS that the District Court DISMISS this action. **If Plaintiff wishes to file an objection to these recommendations, he may do so within fourteen days of being served with a copy of this Report**.

**IT IS SO ORDERED**.

Dated: July 1, 2026

SALLIE KIM
United States Magistrate Judge