UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK ROY HARPER,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, et al.,

Defendants.

Case No. 26-cv-01229-RFL

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 18

The Court has reviewed *de novo* Magistrate Judge Sallie Kim's Report and Recommendation to dismiss this action (Dkt. No. 18). It has also reviewed Plaintiff's motion to proceed under 28 U.S.C. § 1916 (Dkt. No. 1), Plaintiff's complaint (Dkt. No. 2), Judge Kim's orders regarding the filing fee (Dkt. Nos. 15, 17), Plaintiff's response to Judge Kim's show cause order (Dkt. No. 16), and the docket generally. No objections were received. The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge